UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GLEN THOMAS DOTSON                                                                           PETITIONER

V.                                          NO. 4:19-CV-00828-JM-JTR

DEWAYNE HENDRIX,
Warden, FCI-Low, Forrest City                                                                RESPONDENT

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray, and the objections filed by Petitioner. After careful review, including a *de novo* review of the record, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 16th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE