UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GLEN THOMAS DOTSON                                                          PETITIONER

V.                         NO. 4:19-CV-00828-JM-JTR

DEWAYNE HENDRIX,
Warden, FCI-Low, Forrest City                                               RESPONDENT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 16th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE